*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

**ALVORD INVESTMENTS, LLC**

                                           **JUDGMENT IN A CIVIL CASE**
**v.**                                           **Case No. 09-2072**

**THE HARTFORD FINANCIAL SERVICES**
**GROUP, INC. and TWIN CITY FIRE**
**INSURANCE COMPANY**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendants' Motion to Dismiss entered on October 9, 2009, this cause is hereby dismissed.

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 10/09/2009**                                      THOMAS M. GOULD
                                                                         Clerk of Court

                                                                          s/Taffy Elchlepp
                                                                      (By)   Deputy Clerk