IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTICT OF TENESSEE
WESTERN DIVISION

Civil Action No. 09-2072

ALVORD INVESTMENTS, LLC,

    Plaintiff,

v.

THE HEARTFORD FINANCIAL SERVICES
GROUP, INC. and TWIN CITY FIRE
INSURANCE COMPANY,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Alvord Investments, LLC, plaintiff in the above named case, appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered on October 10, 2009, the "Order Granting Defendants' Motion to Dismiss," by the United States District Court for the Western District of Tennessee.

Dated: November 9, 2009        **FAEGRE & BENSON, L.L.P.**

                                      By s/Diana Young Morrissey
                                         Diana Young Morrissey
                                         2200 Wells Fargo Center
                                         90 South Seventh Street
                                         Minneapolis, MN 55402
                                         Phone:  (612) 766-7000
                                         dmorrissey@faegre.com

**PIETRANGELO COOK PLC**

By <u>s/Jonathan P. Lakey</u>
   Jonathan P. Lakey, Esq.
   6410 Poplar Avenue, Suite 190
   International Place, Tower II
   Memphis, TN 38119
   Phone: (901) 685-2662
   jlakey@pietrangelocook.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following e-mail addresses:

**J. Kimbrough Johnson**
Email: johnsonk@thomasonlaw.com

**Marci Eisenstein**
Email: Meisenstein@schiffhardin.com

**William Meyer**
Email: wmeyer@schiffhardin.com


Dated: November 9, 2009                **PIETRANGELO COOK PLC**

                                        By s/Jonathan P. Lakey
                                        Jonathan P. Lakey, Esq.
                                        6410 Poplar Avenue, Suite 190
                                        International Place, Tower II
                                        Memphis, TN 38119
                                        Phone: (901) 685-2662
                                        jlakey@pietrangelocook.com


                                        **ATTORNEYS FOR PLAINTIFF**

fb.us.4572755.01