Receipt

| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| julia | M121141 | 11/10/2009 |

# United States District Court

Western District of Tennessee

Western Division-Memphis  
167 N. Main, Room 242  
Memphis, TN 38103  
(901) 495 - 1200

Eastern Division-Jackson  
Room 262, 111 South Avenue  
Jackson, TN 38301  
(731) 421-9200

Received From:  
JONATHAN P. LAKEY

**Cash:**  
**Check:**  
**Credit:** $455.00  
**Money Order:**  
**EFT:**  
**Total Amount Owed:** $455.00  
**Total Amount Paid:** $455.00  
**Change:** $.00

**Receipt Details**

1  Appeal Filing Fee (Non-prisoner)  
   Case Number 2:09CV2072  
   JONATHAN P. LAKEY  
   6410 POPLAR AVENUE, SUITE 190  
   MEMPHIS, TN 38119

**Amount Owed:** $455.00

Total Lines: 1     **Total Amount:** $455.00