# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**Leonard Green**
**Clerk**

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 28, 2009

Mr. J. Kimbrough Johnson
Thomason, Hendrix, Harvey, Johnson & Mitchell
40 S. Main Street
Suite 2900 One Commerce Square
Memphis, TN 38103

Mr. Jonathan Paul Lakey
Pietrangelo Cook
6410 Poplar Avenue
Suite 190
Memphis, TN 38119

Re: Case No. 09-6371, *Alvord Investments, LLC v. The Hartford Financial Service, et al*
Originating Case No. : 09-02072

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Teresa Mack
Mediation Administrator
Direct Dial No.

cc: Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 09-6371

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ALVORD INVESTMENTS, LLC,

    Plaintiff - Appellant

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC.; TWIN CITY FIRE INSURANCE COMPANY,

    Defendants - Appellees

In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

ENTERED PURSUANT TO RULE 33(d),
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

Issued: December 28, 2009